UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE LEO, an individual; DEBRA VAILS-QUALTERS, an individual; KUWAZA IMARA, an individual; and PATRICE MELTON, an individual, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALAMEDA COUNTY MEDICAL CENTER, a special government district; CAMBIO HEALTH SOLUTIONS, LLC, a Delaware limited liability company, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 3:06-CV-03799-SI<br><br>The Hon. Susan Illston<br><br>Current Date:   September 22, 2006<br>Proposed Date:   October 20, 2006<br>Time:   2:00 PM<br>Crtrm.:   10<br><br>**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO OCTOBER 20, 2006** |

PURSUANT TO STIPULATION BY THE PARTIES, and good cause appearing, it is hereby ORDERED that the Initial Case Management Conference scheduled for September 22, 2006, be continued to October 20, 2006.

Dated: September __, 2006

_____
The Hon. Susan Illston
Judge of the U.S. District Court